UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE H. EDWARDS, JR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CV949 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

On August 4, 2008, respondent filed a motion to dismiss movant's motion to vacate, set aside, or correct sentence. In that motion, respondent requested leave to file an affidavit of movant's counsel. Respondent, however, failed to file the affidavit or respond substantively to Ground 3 of the motion.

Accordingly,

**IT IS HEREBY ORDERED** that respondent's request for leave to file an affidavit is granted, and by **December 29, 2009** respondent shall file the affidavit of counsel and a supplemental response to the July 14, 2008 Show Cause Order addressing the affidavit and Ground 3 of movant's motion.

**IT IS FURTHER ORDERED** that movant will be granted thirty days to file a supplemental traverse in support of his motion to address counsel's affidavit and any additional arguments raised by respondent.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2009.