UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE H. EDWARDS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CV949 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on petitioner's motion for relief from judgment under Rule 60 of the Federal Rules of Civil Procedure. On May 19, 2010, I denied petitioner's § 2255 motion. Petitioner now asks me to set aside my Judgment and grant him an evidentiary hearing on his § 2255 motion based on newly discovered evidence. I have reviewed the motion and the supporting materials, including the alleged newly discovered evidence. The evidence does not support petitioner's claim for habeas relief or convince me that my prior decision was in error. Because petitioner has presented no new factual or legal arguments that would entitle him to relief under Fed. R. Civ. P. 60, the motion will be denied. See Minnesota Supply Co. v. Raymond Corp., 472 F.3d 524, 534 (8th Cir. 2006) (party seeking relief based on newly discovered evidence must show, among other things, that the evidence is material and consideration of the evidence would likely produce a different result).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for relief from judgment [#14] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2010.